**Order entered April 21, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01275-CR

**MUHAMMAD WASEEM CHUGHTAI, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-82673-2014**

## ORDER

The Court **REINSTATES** the appeal.

On April 13, 2016, we denied appellant's third motion to extend time to file his brief and ordered the trial court to make findings. On April 19, 2016, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the April 13, 2016 order to the extent it requires findings.

We **GRANT** the April 19, 2016 extension motion and **ORDER** appellant's brief filed as of the date of this order

/s/     ADA BROWN
        JUSTICE